```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 20457
   VINCENT CAIN
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-6494

--------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/23/2005 and was confirmed 08/17/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 08/01/2007.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------
ROUNDUP FUNDING LLC        UNSECURED         8025.06            .00            .00
NUVELL CREDIT CORPORATIO   UNSECURED        10114.75            .00            .00
NATIONAL AUTO FINANCE      SECURED NOT I        .00             .00            .00
HOUSEHOLD AUTOMOTIVE FIN   SECURED NOT I   26286.45             .00            .00
SURETY FINANCE             PRIORITY          237.40             .00            .00
AMERICAN LOAN CO           UNSECURED          432.85            .00            .00
NUMARK CREDIT UNION        SECURED         23500.00         3719.16         7263.84
AK MATHEW MD               UNSECURED       NOT FILED            .00            .00
AMERICAS FINANCIAL CHOIC   UNSECURED          458.88            .00            .00
AMERICAS FINANCIAL CHOIC   NOTICE ONLY    NOT FILED            .00            .00
AMERICASH LOANS LLC        UNSECURED      NOT FILED            .00            .00
AMERICASH LOANS LLC        UNSECURED         137.80            .00            .00
AMERICREDIT                NOTICE ONLY    NOT FILED            .00            .00
ALLIED INTERSTATE          UNSECURED      NOT FILED            .00            .00
CAPITAL ONE BANK           UNSECURED          959.65            .00            .00
OXFORD MANAGEMENT SERV     UNSECURED      NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED            .00            .00            .00
CITY OF COUNTRY CLUB HIL   UNSECURED      NOT FILED            .00            .00
CORDOR CAPITAL CORP        UNSECURED         2660.34            .00            .00
CONDOR CAPITAL CORP        NOTICE ONLY    NOT FILED            .00            .00
CONDOR CAPITAL CORP        NOTICE ONLY    NOT FILED            .00            .00
SOUTH SHORE HOSPITAL       UNSECURED      NOT FILED            .00            .00
CAPITAL ONE BANK           UNSECURED          538.83            .00            .00
HOUSEHOLD AUTO FINANCE     UNSECURED      NOT FILED            .00            .00
MARQUETTE RADIOLOGY ASSO   UNSECURED      NOT FILED            .00            .00
NATIONAL AUTO FINANCE      UNSECURED        12488.31            .00            .00
NUVELL                     UNSECURED      NOT FILED            .00            .00
PAYDAY LOAN CORP OF ILLI   NOTICE ONLY    NOT FILED            .00            .00
PDL FINANCIAL SERVICES     UNSECURED          690.00            .00            .00
PAYMENT CENTER             UNSECURED      NOT FILED            .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          747.03            .00            .00
ILLINOIS LENDING GROUP     UNSECURED          560.15            .00            .00
```

```
SURETY FINANCE CORP       UNSECURED       NOT FILED            .00              .00
AP RECOVERY               UNSECURED       NOT FILED            .00              .00
TCF NATIONAL BANK         UNSECURED       NOT FILED            .00              .00
US CELLULAR               UNSECURED       NOT FILED            .00              .00
NUMARK CREDIT UNION       UNSECURED        1323.65             .00              .00
CAPITAL ONE AUTO FINANCE  SECURED NOT I   22149.68             .00              .00
CAPITAL ONE               UNSECURED        809.62              .00              .00
STEFANS STEFANS & STEFAN  DEBTOR ATTY     2,700.00                          2,700.00
TOM VAUGHN                TRUSTEE                                             717.00
DEBTOR REFUND             REFUND                                                 .00
```

       Summary of Receipts and Disbursements:
```
------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE            14,400.00

PRIORITY                                          .00
SECURED                                      7,263.84
    INTEREST                                 3,719.16
UNSECURED                                         .00
ADMINISTRATIVE                               2,700.00
TRUSTEE COMPENSATION                           717.00
DEBTOR REFUND                                     .00
                   --------------          --------------
TOTALS             14,400.00                14,400.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 12/03/07          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                                 PAGE   2
            CASE NO. 05 B 20457 VINCENT CAIN